UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KIRAN VUPPALA, :
:
:
Plaintiff, :
: 21 Civ. 227 (JPC)
-v- :
: ORDER
:
SCREAMING MIMI'S INC., *doing business as* :
*Screaming Mimis Vintage*, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on January 11, 2021.  (Dkt. 1.)  The docket reflects that Defendant J & R 240 LLC was served with the Complaint on January 29, 2021, making its response to the Complaint due February 19, 2021.  (Dkt. 9.)  The docket also reflects that Defendants JR Family LLC and Screaming Mimi's Inc. were served on February 5, 2021, making their responses to the Complaint due February 26, 2021.  (Dkts. 10, 11.)  To date, Defendants have neither responded to the Complaint nor appeared in this action.

Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court.  In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether it intends to move for default judgment against Defendants.

SO ORDERED.

Dated: March 10, 2021                                  _____
       New York, New York                                    JOHN P. CRONAN
                                                       United States District Judge