# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 27, 2021

**<u>VIA CM/ECF</u>**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12D
New York, NY 10007

   Re: *Vuppala v. Screaming Mimi's Inc., et al.-*
      *Case 1:21-cv-00227-JPC*

Dear Judge Cronan:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for September 30, 2021, at 10:00 a.m., in your Honor's Courtroom. Both the mediator and undersigned counsel have been recently informed that opposing counsel has unfortunately suffered a medical emergency in his immediate family, involving hospitalization, and consequently the mediation scheduled for September 24, 2021 will be rescheduled. Undersigned counsel has attempted to reach out to opposing counsel to inquire whether he intends to request an adjournment of the above-mentioned September 30, 2021 Initial Pretrial Conference (which the mediator also recommended) or to approve a draft Case Management Plan which we ent to him. It appears that opposing counsel is unfortunately unavailable due to his emergency situation, as we have received no response.

  Undersigned counsel, therefore, respectfully requests a thirty (30) day adjournment of said Initial Pretrial Conference, which would permit opposing counsel to recover from his family medical emergency, and for the parties to conduct the court-ordered SDNY mediation.

  Thank you for your consideration of this adjournment request.

                Sincerely,

                By: /S/ B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW9365)
                  THE WEITZ LAW FIRM, P.A.
                  Attorney for Plaintiff
                  18305 Biscayne Blvd., Suite 214
                  Aventura, Florida 33160
                  Telephone: (305) 949-7777
                  Email: bbw@weitzfirm.com

---

This request is granted. The Initial Pretrial Conference is adjourned until 11:00 a.m. on Thursday, October 28. The parties shall file the documents requested in the Court's order of July 12, 2021 by October 21, 2021. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.

SO ORDERED.
Date: September 28, 2021
New York, New York

        _____
        JOHN P. CRONAN
        United States District Judge