**LAW OFFICES OF DAVID W. GRABER**
55 Watermill Lane
Great Neck, NY 11021
(516) 292-8500

E Mail: DWGRABER@prodigy.net

October 25, 2021

Judge John P. Cronan
USDC SDNY
500 Pearl Street
New York NY

This request is granted. The conference scheduled for October 28, 2021 is adjourned to November 17, 2021 at 3:00 p.m. At the scheduled time, all parties should call 866-434-5269, access code 9176261.

SO ORDERED.
Date: October 26, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:  Vuppala  v. Screaming Mimi's Inc., et.al.
     Index No.:  21-cv-0227

     October 28, 2021
     Adjournment request

Dear Judge Cronan:

    The undersigned represents defendants J&R 240 LLC, JR Family LLC, 240-242 LLC and Hersnag LLC in the above captioned proceeding.

    The parties participated in mediation this afternoon and exchanged proposals hoping to resolve this matter. We have scheduled a continuation of the mediation for November 2, 2021 in hopes of reaching a settlement prior to or on that date.

    As such, at the suggestion of the Mediator, it is jointly respectfully requested that the scheduled appearance for October 28, 2021 be adjourned for at least three weeks in order to see if the matter can be resolved. The Court has previously adjourned an Initial Conference in this matter (Docket #32) as a result of a family emergency which resulted in my inability to participate in the formation of a Case Management Plan and the same causing the mediation be postponed.

    Thank you for your consideration.

                              Very truly yours,

                              s/ David W. Graber

                              David W. Graber

cc:  B. Bradley Weitz, Esq.